WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR - #224018
bhur@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:    415 858 7400
Facsimile:    415 858 7599

WILLKIE FARR & GALLAGHER LLP
SAMUEL HALL (*appearing pro hac vice*)
shall@willkie.com
1875 K Street, NW
Washington, DC 20006
Telephone:    202 303 1443
Facsimile:    202 303 2442

Attorneys for Plaintiff AARON RICH.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In the Matter of a Subpoena to Non-Party Twitter, Inc.*<br><br>AARON RICH<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, and THE WASHINGTON TIMES,<br><br>Defendants. | Case No.  4:20-mc-80081-DMR<br><br>(D.C. Case No. 1:18-cv-00681-RJL)<br><br>**DECLARATION OF SAMUEL HALL IN SUPPORT OF MOTION TO SEAL**<br><br>Date:       June 4, 2020<br>Time:       9:00 a.m.<br>Dept:<br>Judge:      Magistrate Judge Donna M. Ryu |

1  I, Samuel Hall, declare and certify:

2  (1)  I am counsel for Plaintiff Aaron Rich ("Plaintiff") in the underlying action *Rich v. Butowsky et al,* Civil Action No. 1:18-cv-00681-RJL (D.D.C.) (the "D.C. Litigation"). This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

(2)  Exhibits 1 and 2 of Plaintiff's Opposition to Twitter Inc.'s Motion to Quash or Modify Subpoena ("Opposition"), are true and correct copies of documents produced in *Rich v. Butowsky et al,* Civil Action No. 1:18-cv-00681-RJL (D.D.C.) by Defendant Edward Butowsky, bearing Bates stamps BUTOWSKY0000608 and BUTOWSKY0000002, respectively. These documents were designated as "Highly Confidential Information – Attorneys' Eyes Only" by Defendant Butowsky under the protective order entered into in the D.C. Litigation.  *See* D.C. Litigation (Dkt. 29).

(3)  The redacted portions of the Opposition quote, or derive information from, Exhibits 1 and 2 of the Opposition and are therefore also designated as "Highly Confidential Information – Attorneys' Eyes Only" by Defendant Butowsky under the protective order entered into in the D.C. Litigation.  *See* D.C. Litigation (Dkt. 29).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May, 2020, in Washington D.C.

By:  /s/Samuel Hall

SAMUEL HALL

I attest that concurrence in the filing of this document has been obtained from the signatory who is listed on the signature page.

By:  /s/Benedict Y. Hur

BENEDICT Y. HUR