# EXHIBIT 2
# FILED
# UNDER SEAL

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED