1  WILLKIE FARR & GALLAGHER LLP
   BENEDICT Y. HUR - #224018
2  bhur@willkie.com
   One Front Street, 34th Floor
3  San Francisco, CA 94111
   Telephone:   415 858 7400
4  Facsimile:    415 858 7599

5  WILLKIE FARR & GALLAGHER LLP
   SAMUEL HALL (appearing *pro hac vice*)
6  shall@willkie.com
   1875 K Street, NW
7  Washington, DC 20006
   Telephone:   202 303 1443
8  Facsimile:    202 303 2442

9  Attorneys for Plaintiff AARON RICH.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

| | |
|---|---|
| *In the Matter of a Subpoena to Non-Party Twitter, Inc.* | Case No. 4:20-mc-80081-DMR |
| | (D.C. Case No. 1:18-cv-00681-RJL) |
| AARON RICH | **DECLARATION OF SAMUEL HALL IN SUPPORT OF OPPOSITION TO NONPARTY TWITTER, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA** |
| Plaintiff, | |
| v. | |
| EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, and THE WASHINGTON TIMES, | Date:    June 4, 2020<br>Time:    9:00 a.m.<br>Dept:<br>Judge:   Magistrate Judge Donna M. Ryu |
| Defendants. | |

I, Samuel Hall, declare and certify:

(1) I am counsel for Plaintiff Aaron Rich in the underlying action *Rich v. Butowsky et al,* Civil Action No. 1:18-cv-00681-RJL (D.D.C.) (the "D.C. Litigation"). This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

(2) Attached as Exhibit 1 to this Declaration is a true and correct copy of a document produced in the D.C. Litigation by Defendant Butowsky, bearing Bates stamp BUTOWSKY0000608.

(3) Attached as Exhibit 2 to this Declaration is a true and correct copy of a document produced in the D.C. Litigation by Defendant Butowsky, bearing Bates stamp BUTOWSKY0000002.

(4) Attached as Exhibit 3 to this Declaration is a true and correct copy of a Rule 45 document subpoena personally served upon Joe Biggs on December 6, 2019.  Mr. Biggs' address has been redacted due to privacy concerns.

(5) Attached as Exhibit 4 to this Declaration is a true and correct copy of a document produced in the D.C. Litigation by Joe Biggs, identified as Bates stamp BIGGS0000001.

(6) Attached as Exhibit 5 to this Declaration is a true and correct copy of the Protective Order entered in *Rich v. Butowsky et al,* Civil Action No. 1:18-cv-00681-RJL (D.D.C.) (Dkt. 29).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May, 2020, in Washington D.C.

By:   /s/Samuel Hall

SAMUEL HALL

I attest that concurrence in the filing of this document has been obtained from the signatory who is listed on the signature page.

By:   /s/Benedict Y. Hur

BENEDICT Y. HUR