1  WILLKIE FARR & GALLAGHER LLP
   BENEDICT Y. HUR - #224018
2  bhur@willkie.com
   One Front Street, 34th Floor
3  San Francisco, CA 94111
   Telephone:   415 858 7400
4  Facsimile:   415 858 7599

5  WILLKIE FARR & GALLAGHER LLP
   SAMUEL HALL (*appearing pro hac vice*)
6  shall@willkie.com
   1875 K Street, NW
7  Washington, DC 20006
   Telephone:   202 303 1443
8  Facsimile:   202 303 2442

9  Attorneys for Plaintiff AARON RICH.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In the Matter of a Subpoena to Non-Party Twitter, Inc.* <br><br> AARON RICH <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, and THE WASHINGTON TIMES, <br><br> Defendants. | Case No. 4:20-mc-80081-DMR <br><br> (D.C. Case No. 1:18-cv-00681-RJL) <br><br> **PROOF OF SERVICE** <br><br> Date:   June 4, 2020 <br> Time:   9:00 a.m. <br> Dept: <br> Judge:  Magistrate Judge Donna M. Ryu |

I, Samuel Hall, declare:

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1875 K Street, NW, Washington, DC 20006. On May 14, 2020, I served a copy of the within document(s):

**[PROPOSED] ORDER DENYING NON-PARTY TWITTER INC.'S MOTION TO QUASH OR MODIFY SUBPOENA**

**DECLARATION OF SAMUEL HALL IN SUPPORT OF OPPOSITION TO NONPARTY TWITTER, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA**

**OPPOSITION TO NONPARTY TWITTER, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA**

**PROOF OF SERVICE**

[x] Per agreement between counsel, by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Julie E. Schwartz, Bar No. 260624<br>PERKINS COIE LLP<br>150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350<br>Email: JSchwartz@perkinscoie.com | Eden P. Quainton<br>QUAINTON LAW, PLLC<br>1001 Avenue of the Americas, 11th Floor<br>New York, NY 10018<br>Phone:(212)813-8389<br>Fax: (212) 813-8390<br>Email: quaintonlaw@gmail.com |
| Counsel for Non-Party Twitter, Inc. | Counsel for Defendants |

Executed on May 14, 2020, at Washington, D.C.

By:   /s/Samuel Hall

SAMUEL HALL

I attest that concurrence in the filing of this document has been obtained from the signatory who is listed on the signature page.

By:   /s/Benedict Y. Hur

BENEDICT Y. HUR