Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorney for Movant Non-party*
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In the Matter of a Subpoena to Non-party Twitter, Inc.* <br><br> AARON RICH <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, and THE WASHINGTON TIMES, <br><br> Defendants. | Case No. 4:20-mc-80081-DMR <br><br> (D.C. Case No. 1:18-cv-00681-RJL) <br><br> **TWITTER, INC.'S RESPONSE TO PLAINTIFF AARON RICH'S MOTION TO SEAL** <br><br> Judge: Magistrate Judge Donna M. Ryu <br> Courtroom 4, 3rd Floor |

Twitter, Inc. ("Twitter") hereby responds to Plaintiff Aaron Rich's ("Plaintiff") Motion to Seal ("Motion"). Plaintiff has not provided Twitter with unredacted copies of his Opposition and supporting documents, so Twitter is unable to take a position on whether the documents should be sealed.

However, Plaintiff's Motion states that "Movant will serve unredacted versions of these documents on Defendant Butowsky, as well as Counsel for Twitter Inc., once counsel for Twitter provides a Declaration of Compliance, as is required under the Protective Order." Dkt. 8 at 3. Twitter cannot agree to sign the Declaration of Compliance because it requires Twitter to agree to submit to the jurisdiction of the District Court for the District of Columbia for purposes of enforcement of the Protective Order. *See* Dkt 9-6 at 17.

Twitter should not be required to submit to the jurisdiction of the District of Columbia to receive documents in connection with its Motion to Quash. Any litigation relating to the Motion to Quash must be done in the Northern District of California, the district where compliance with Plaintiff's subpoena is required. *See* Fed. R. Civ. P. 45(d)(3)(A)(iii); *Music Grp. Macao Commercial Offshore Ltd. v. Does*, 82 F. Supp. 3d 979, 984 (N.D. Cal. 2015) (the Northern District of California is the district where compliance is required for subpoena to Twitter for anonymous user's identifying information); *AngioScore, Inc. v. TriReme Med., Inc.*, No. 12-CV-03393-YGR JSC, 2014 WL 6706873, at *1 (N.D. Cal. Nov. 25, 2014) (the "court where compliance is required" under Fed. R. Civ. P. 45 has jurisdiction to quash a subpoena).

Accordingly, while Twitter cannot take a position on whether the materials are properly sealed, Twitter files this Response to preserve its rights in connection with and objections to Plaintiff's position regarding the Declaration of Compliance.

| | | |
|---|---|---|
| 1 | DATED:  May 18, 2020 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:  */s/ Julie E. Schwartz* |
| 4 | | Julie E. Schwartz, Bar No. 260624<br>JSchwartz@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350 |
| | | *Attorney for Non-party*<br>Twitter, Inc. |

3