1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone: (650) 838-4300
4  Facsimile: (650) 838-4350

5  *Attorney for Movant Non-party*
   TWITTER, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | *In the Matter of a Subpoena to Non-party Twitter, Inc.* | Case No. 4:20-mc-80081-DMR |
13 | | (D.C. Case No. 1:18-cv-00681-RJL) |
   | AARON RICH | |
14 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME REGARDING MOTION TO QUASH OR MODIFY SUBPOENA** |
15 | Plaintiff, | |
   | v. | |
16 | | |
   | EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, and THE WASHINGTON TIMES, | Judge: Magistrate Judge Donna M. Ryu Courtroom 4, 3rd Floor |
17 | | |
18 | | |
19 | Defendants. | |

Pursuant to Local Rules 6-1, 6-2, and 7-12, Movant Non-Party Twitter, Inc. ("Twitter") and Plaintiff Aaron Rich ("Plaintiff") by and through the undersigned counsel, hereby stipulate to extend Twitter's deadline to file its Reply in Support of Its Motion to Quash or Modify Subpoena ("Reply"), and any hearing date to be set by the Court as follows:

1. WHEREAS, Twitter filed its Motion to Quash, initiating this action on April 30, 2020. Dkt. No. 1;

2. WHEREAS, Plaintiff filed his Opposition on May 14, 2020. Dkt. No. 9;

3. WHEREAS, Twitter's reply is currently due on Thursday, May 21, 2020. Dkt. No. 1;

4. WHEREAS, Twitter originally requested a hearing date of June 4, 2020, at 9:00 am, when it filed its Motion to Quash, but the Court has not set a hearing date. *Id.*;

5. WHEREAS, to attempt to resolve issues regarding Twitter's ability to receive unredacted copies of Plaintiff's Opposition and exhibits, which contain information designated "Highly Confidential - Attorneys' Eyes Only" by Defendant Edward Butowsky in the underlying litigation in the District Court for the District of Columbia, the parties have agreed to a short extension of time for Twitter to file its Reply. *See* Dkt. Nos. 9-2 and 9-3;

6. WHEREAS, to allow the Court sufficient time to review the pleadings, the parties further agreed to reschedule the requested hearing date to no earlier than June 11, 2020 at 9:00 a.m.;

7. WHEREAS, the parties state that there have been no previous time modifications in this case, and the requested continuance will not impact the schedule of the case, as no other deadlines have been set;

8. NOW, THEREFORE, the parties stipulate as follows:

Twitter shall file its Reply on or before May 28, 2020. Any hearing in this matter shall be held on June 11, 2020 at 9:00 a.m. or on a future date convenient for the Court.

**IT IS SO STIPULATED.**

- 1 -

| | | |
|---|---|---|
| 1 | DATED: May 20, 2020 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: /s/ Julie E. Schwartz<br>PERKINS COIE LLP |
| 4 | | Julie E. Schwartz, Bar No. 260624<br>JSchwartz@perkinscoie.com |
| 5 | | 3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone: (650) 838-4300 |
| 6 | | Facsimile: (650) 838-4350 |
| 7 | | *Attorney for Non-party*<br>  Twitter, Inc. |
| 8 | DATED: May 20, 2020 | |
| 9 | | |
| 10 | | By: /s/ Benedict Hur<br>WILLKIE FARR & GALLAGHER LLP |
| 11 | | Benedict Y. Hur - #224018<br>bhur@willkie.com |
| 12 | | One Front Street, 34th Floor<br>San Francisco, CA 94111 |
| 13 | | Telephone: 415 858 7400<br>Facsimile: 415 858 7599 |
| 14 | | |
| 15 | | Samuel Hall (appearing *pro hac vice*)<br>shall@willkie.com |
| 16 | | 1875 K Street, NW<br>Washington, DC 20006 |
| 17 | | Telephone: 202 303 1443<br>Facsimile: 202 303 2442 |
| 18 | | |
| 19 | | *Attorneys for Plaintiff*<br>  Aaron Rich |

- 2 -

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

Dated:  May 20, 2020                                                     */s/ Julie E. Schwartz*
                                                                                        Julie E. Schwartz

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

   DATED: _____

5
                                              Magistrate Judge Donna M. Ryu

- 4 -