Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorney for Movant Non-party*
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In the Matter of a Subpoena to Non-party Twitter, Inc.* <br><br> AARON RICH <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, and THE WASHINGTON TIMES, <br><br> Defendants. | Case No. 4:20-mc-80081-DMR <br><br> (D.C. Case No. 1:18-cv-00681-RJL) <br><br> **DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME REGARDING MOTION TO QUASH OR MODIFY SUBPOENA** <br><br> Judge: Magistrate Judge Donna M. Ryu <br>        Courtroom 4, 3rd Floor |

I, Julie E. Schwartz, declare as follows:

1. I am over the age of 18. I am duly licensed to practice before the courts of the State of California and this Court and am a partner at the law firm of Perkins Coie LLP, counsel of record for Movant Non-Party Twitter, Inc. ("Twitter") in this action. I have personal knowledge of the facts below. If called and sworn as a witness, I could and would testify competently thereto.

2. On April 30, 2020, Twitter filed a Motion to Quash or Modify Subpoena ("Motion") and setting a hearing date of June 4, 2020. Dkt. No. 1.

3. On May 14, 2020, Plaintiff Aaron Rich ("Plaintiff") filed an Opposition to Twitter's Motion ("Opposition"). Dkt. No. 9.

4. Plaintiff filed two redacted documents as exhibits to his Opposition and redacted portions of the Opposition reflecting information from those exhibits. *See* Dkt. No. 9-2; Dkt. No. 9-3. I understand that these two documents were produced by Edward Butowsky, Defendant in Plaintiff's underlying lawsuit in the District Court for the District of Columbia. I also understand that Defendant Butowsky designated these two documents "Highly Confidential - Attorneys' Eyes Only" pursuant to the Protective Order entered by the District Court for the District of Columbia (the "Protective Order") in the underlying action. *See id.*; *see also* Dkt. 9-6.

5. The Protective Order would require Twitter to sign a Declaration of Compliance in order to view the unredacted versions of these two exhibits. *See* Dkt. 9-6 at 17. However, Twitter will not agree to sign the Declaration of Compliance because it requires Twitter to agree to submit to the jurisdiction of the District Court for the District of Columbia for purposes of enforcement of the Protective Order. *See* Dkt. 10; *see also* Dkt. 9-6 at 17. Twitter believes that any litigation relating to the Motion, including litigation regarding the Protective Order that relates to Twitter, must occur in the Northern District of California, where Twitter's Motion to Quash was properly brought. *See* Dkt. 10; *see also* Fed. R. Civ. P. 45(d)(3)(A)(iii).

6. The Protective Order requires any modifications to be made in writing by the party who produced and designated the confidential materials in question. *See* Dkt. 9-6 at 12. Because

Defendant Butowsky produced the two documents at issue here, any modifications permitting Twitter to view those documents must be made by Defendant Butowsky.

7. Twitter and Plaintiff have met and conferred and agreed to a one-week extension of the deadline for Twitter's Reply to the Opposition and corresponding one-week extension of the requested hearing date to no earlier than June 11, 2020 at 9:00 a.m. This extension would provide time for Twitter to meet and confer with Defendants' counsel to discuss possible modifications to the Protective Order, which would allow Twitter to view the two documents and the redacted portions of the Opposition without submitting to a foreign court's jurisdiction.

8. There have been no previous time modifications in this case.

9. The requested time modification would extend Twitter's deadline for filing a reply brief by one week, from May 21, 2020, to May 28, 2020. The Court has not yet scheduled a hearing for this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2020 at Palo Alto, California.

                    */s/ Julie E. Schwartz*
                    Julie E. Schwartz