WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR - #224018
bhur@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:    415 858 7400
Facsimile:    415 858 7599

WILLKIE FARR & GALLAGHER LLP
SAMUEL HALL (*appearing pro hac vice*)
shall@willkie.com
1875 K Street, NW
Washington, DC 20006
Telephone:    202 303 1443
Facsimile:    202 303 2442

Attorneys for Plaintiff AARON RICH.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In the Matter of a Subpoena to Non-Party Twitter, Inc.*<br><br>AARON RICH<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, and THE WASHINGTON TIMES,<br><br>Defendants. | Case No. 4:20-mc-80081-DMR<br><br>(D.C. Case No. 1:18-cv-00681-RJL)<br><br>**PROOF OF SERVICE**<br><br>Date:<br>Time:<br>Dept:<br>Judge:    Magistrate Judge Donna M. Ryu |

I, Samuel Hall, declare:

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1875 K Street, NW, Washington, DC 20006. On June 1, 2020, I served a copy of the within document(s):

**ORDER TO FILE DECLARATION PURSUANT TO CIVIL LOCAL RULE 79-5(E)**

[x] Per agreement between counsel, by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Eden P. Quainton
QUAINTON LAW, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Phone:(212)813-8389
Fax: (212) 813-8390
Email: equaintonlaw@gmail.com

Counsel for Defendant Edward Butowsky

Executed on June 1, 2020, in Washington, D.C.

By:   /s/Samuel Hall
SAMUEL HALL

I attest that concurrence in the filing of this document has been obtained from the signatory who is listed on the signature page.

By:   /s/Benedict Y. Hur
BENEDICT Y. HUR