# EXHIBIT 1



Hey bud, Adam just got a tac call about a NYTimes reporter asking about a redacted memo on the Seth Rich data?

Going to need you to come in as soon as you see this.

Butowsky 0000608 (Highly Confidential - Attorney Eyes Only)