# EXHIBIT 2



Butowsky 0000002 (Highly Confidential - Attorney Eyes Only)